CLERK, U.S. DISTRICT COURT
Filed
JUL - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> LINDA SEREI KAO, <br>     Defendant. | Case No. CR 09-0469-5 <br><br> **ORDER OF DETENTION** |

I.

A.   ( ) On motion of the Government involving an alleged:

    1.   ( ) crime of violence.

    2.   ( ) offense with maximum sentence of life imprisonment or death.

    3.   ( ) narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( ) felony where defendant was convicted of two or more prior offenses described above.

    5.   ( ) felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.    (X) a serious risk defendant will flee.

2.    ( ) a serious risk defendant will:

     a. ( ) obstruct or attempt to obstruct justice.

     b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government is (X) is not ( ) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.    the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.    The court finds that no condition or combination of conditions will reasonably assure:

1.    (X) the appearance of defendant as required.

     ( ) and/or

2.    ( ) the safety of any person or the community.

B.    The court bases the foregoing finding(s) on the following:

1.    (X) Flight Risk: The history and characteristics indicate a serious risk that defendant will flee because: <u>she (1) lacks bail resources; (2) her background information is unverified; and (3) defendant submitted to detention request.</u>

2.    (X) Danger: Defendant poses a risk to the safety of other persons or the community because: <u>of the instant allegations.</u>

3.    (X) <u>See also</u> Pretrial Services Report/Memorandum.

4.    (X) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

V.

A. The court finds that a serious risk exists that defendant will:

1.    ( ) obstruct or attempt to obstruct justice.
2.    ( ) threaten, injure or intimidate a witness or juror.
3.    ( ) attempt to threaten, injure or intimidate a witness or juror.

B. The court bases the foregoing finding(s) on the following:

_____

( ) <u>See also</u> Pretrial Services Report/Memorandum.

VI.

A. IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. ~~IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.~~

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections

1  facility in which defendant is confined shall deliver defendant to a United States
2  marshal for the purpose of an appearance in connection with a court proceeding.
3  DATED: ___July 8___, 2009.
4
5
6                                                    _____
                                                     Fernando M. Olguin
                                                     United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28